# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 29, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re:  Salvador Magluta
           v. United States
           Application No. 23A483
           (Your No. 21-13477)

Dear Clerk:

    The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on November 29, 2023, extended the time to and including January 4, 2024.

    This letter has been sent to those designated on the attached notification list.

                                  Sincerely,

                                  Scott S. Harris, Clerk

                                  Lisa Nesbitt
                                  Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

NOTIFICATION LIST

Scott S. Harris
Clerk of the Court
(202) 479-3011

Mr. Richard C. Klugh, Jr.
Ingraham Building
25 S.E. Second Ave., Suite 1100
Miami, FL 33131


Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

